UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT TOM NGIAM,<br><br>          Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>          Respondents. | Case No.: 26-cv-172-RSH-BLM<br><br>**ORDER GRANTING PETITIONER'S MOTION TO DISMISS**<br><br>[ECF No. 4] |

  Petitioner's motion to dismiss [ECF No. 4] is **GRANTED**. The Petition is **DISMISSED**. Petitioner's motion for a temporary restraining order [ECF No. 2] is **DENIED** as moot. The hearing date previously set for February 5, 2026 is **VACATED**. The Clerk of Court is directed to close the case.

  **IT IS SO ORDERED.**

Dated: January 13, 2026

                *Robert S. Huie*
                _____
                Hon. Robert S. Huie
                United States District Judge